**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marlin F. Torguson,

Plaintiff,

v.

Pinnacle Entertainment, Inc.,

Defendant.

**Case No. 00-CV-2688 (DSD/JMM)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

PLEASE TAKE NOTICE that plaintiff hereby voluntarily dismisses this matter with prejudice and without costs being assessed against any party.

DATED: March 31, 2006.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

By: ______________________

Kyle E. Hart (#159025)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR PLAINTIFF**

SCANNED
APR 5 2006
U.S. DISTRICT COURT MPLS

\\file1\vol1\PL\KEH\482938.doc

**FABYANSKE, WESTRA, HART & THOMSON**
**A PROFESSIONAL ASSOCIATION**

M.T. FABYANSKE
MARK W. WESTRA
JEREMIAH J. KEARNEY
DENNIS J. TROOIEN
SCOTT LLOYD ANDERSON
PAUL L. RATELLE
GREGORY T. SPALJ
DEAN B. THOMSON
GARY C. EIDSON
KYLE E. HART
JUDITH E. KROW
STEPHEN A. MELCHER
RICHARD G. JENSEN
THOMAS J. TUCCI
CHARLES G. CARPENTER, III
STEVEN C. COX
JULIE A. DOHERTY
KATHLEEN S. MARA
AARON A. DEAN
DYANNA L. STREET

SUITE 1900
800 LASALLE AVENUE
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE 612-338-0115
FAX 612-338-3857
WWW.FWHTLAW.COM

PATRICK J. LEE-O'HALLORAN
FREDERICK H. LADNER
RODERICK A. MAUSZYCKI
NATHAN E. RAY
THEODORE V. ROBERTS
MATTHEW T. COLLINS
BRITTNEY L. DOHERTY
DANIEL J. GILCHRIST
RORY O. DUGGAN
DAVID M. CULLEN
KRISTINE KROENKE

OF COUNSEL
GORDON P. HEINSON
DANNETTE S. LUND*

RETIRED:
B.C. HART

*NOT LICENSED IN MINNESOTA


RECEIVED
BY U.S. MAIL
APR - 3 AM 9:22
U.S. DIST. COURT
MINNEAPOLIS, MN

March 31, 2006

Clerk of Court-Civil
United States District Court
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

**Re: Torguson v. Pinnacle Entertainment, Inc.**
**Court File No.: 00-CV-2688 (DSD/JMM)**
**Our File No.: 81345-001**

Dear Clerk:

This matter was closed in March of 2001. Therefore, I am enclosing for filing the original Stipulation of Dismissal With Prejudice via mail to be filed in this matter rather than through ECF filing.

Very truly yours,

Kyle E. Hart

KEH:dd
Enclosure
cc: John A. Godfrey (w/enclosure)
Marlin Torguson (w/enclosure)